ARTHUR M. EIDELHOCH, Bar No. 168096
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA 94108
Telephone: 415.433.1940
Facsimile: 415.399.8490

Attorneys for Defendants
STAR RESTAURANT; GEORGE G. HOYTT, an individual; HOYTT ENTERPRISES, INC., a California corporation; IBRAHIM MAHMOUD HAMAMI, an individual dba STAR RESTAURANT

THOMAS E. FRANKOVICH, Bar No. 074414
JENNIFER STENEBERG, Bar No. 202985
LAW OFFICES OF THOMAS E. FRANKOVICH
A Professional Law Corporation
2806 Van Ness Avenue
San Francisco, CA 94109
Telephone: 415.674.8600
Facsimile: 415.674.9900

Attorneys for Plaintiffs
PATRICK CONNALLY and DISABILITY RIGHTS, ENFORCEMENT, EDUCATION, SERVICES: HELPING YOU HELP OTHERS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK CONNALLY, an individual; and DISABILITY RIGHTS, ENFORCEMENT, EDUCATION, SERVICES:HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>STAR RESTAURANT; GEORGE G. HOYTT, an individual; HOYTT ENTERPRISES, INC., a California corporation; IBRAHIM MAHMOUD HAMAMI, an individual dba STAR RESTAURANT,<br><br>Defendants. | Case No. C-06-4943 MHP<br><br>**STIPULATION AND ORDER TO CONTINUE DEADLINE TO FILE RESPONSIVE PLEADING AND TO CONDUCT JOINT INSPECTION OF PREMISES** |

STIPULATION AND ORDER TO CONTINUE DEADLINE TO FILE RESPONSIVE PLEADING AND TO CONDUCT JOINT INSPECTION OF PREMISES

Case No. C-06-4943 MHP

## STIPULATION

To facilitate settlement discussions and to increase the likelihood of early settlement by minimizing attorneys' fees and costs during the next thirty (30) days, the parties hereto agree, stipulate and request an Order as follows: (1) Defendants shall have an extension of time up to and including December 14, 2006 to file and serve a responsive pleading; and (2) the last day for the parties and counsel to conduct the Joint Inspection of Premises shall be continued to January 12, 2007.

The foregoing is in the best interests of the parties.

Dated: November 13, 2006

JENNIFER R. STENEBERG, ESQ.
LAW OFFICES OF THOMAS E. FRANKOVICH
*A Professional Law Corporation*
Attorneys for Plantiffs
PATRICK CONNALLY, an individual; and DISABILITY RIGHTS, ENFORCEMENT, EDUCATION, SERVICES:HELPING YOU HELP OTHERS, a California public benefit corporation

Dated: November 14, 2006

ARTHUR M. EIDELHOCH, ESQ.
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendants
STAR RESTAURANT; GEORGE G. HOYTT, an individual; HOYTT ENTERPRISES, INC., a California corporation; IBRAHIM MAHMOUD HAMAMI, an individual dba STAR RESTAURANT

STIPULATION AND ORDER TO CONTINUE
DEADLINE TO FILE RESPONSIVE PLEADING AND
TO CONDUCT JOINT INSPECTION OF PREMISES

Case No. C-05-01777 MHP

## ORDER

Having considered the parties' Stipulation, and GOOD CAUSE appearing, this Court hereby ORDERS as follows:

The last day for Defendants to file and serve a responsive pleading shall be December 14, 2006.

The last day for the parties and counsel to conduct the Joint Inspection of Premises shall be continued to January 12, 2007.

Other deadlines set in the Court's scheduling order which are based on the date of the Joint Inspection of Premises shall be altered accordingly.

IT IS SO ORDERED.

Dated: 11/24/6

_____
MARILYN
U.S. DISTRICT JUDGE
Judge Marilyn H. Patel

Firmwide:81664559.1 053045.1001

STIPULATION AND ORDER TO CONTINUE
DEADLINE TO FILE RESPONSIVE PLEADING AND
TO CONDUCT JOINT INSPECTION OF PREMISES

Case No. C-06-4943 MHP

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 650 California Street, 20th Floor, San Francisco, California 94108.2693. On November 14, 2006, I served the within document(s):

STIPULATION AND ORDER TO CONTINUE DEADLINE TO FILE RESPONSIVE PLEADING AND TO CONDUCT JOINT INSPECTION OF PREMISES

☐ by facsimile transmission on that date. This document was transmitted by using a facsimile machine that complies with California Rules of Court Rule 2003(3). The transmission was reported as complete and without error. A copy of the transmission report, properly issued by the transmitting machine, is attached. The names and facsimile numbers of the person(s) served are as set forth below.

☒ by placing a true copy of the document(s) listed above for collection and mailing following the firm's ordinary business practice in a sealed envelope with postage thereon fully prepaid for deposit in the United States mail at San Francisco, California addressed as set forth below.

☐ by depositing a true copy of the same enclosed in a sealed envelope, with delivery fees provided for, in an overnight delivery service pick up box or office designated for overnight delivery, and addressed as set forth below.

☐ by personally delivering a copy of the document(s) listed above to the person(s) at the address(es) set forth below.

Thomas E. Frankovich, Esq.
Jennifer Steneberg, Esq.
Law Offices of Thomas E. Frankovich
A Professional Law Corporation
2806 Van Ness Avenue
San Francisco, CA  94109

I am readily familiar with the firm's practice of collection and processing correspondence for mailing and for shipping via overnight delivery service. Under that practice it would be deposited with the U.S. Postal Service or if an overnight delivery service shipment, deposited in an overnight delivery service pick-up box or office on the same day with postage or fees thereon fully prepaid in the ordinary course of business.

PROOF OF SERVICE                                                                          Case No. C-06-4943 MHP

1       I declare that I am employed in the office of a member of the bar of this court at
2 whose direction the service was made. Executed on November 14, 2006, at San Francisco,
3 California.

                                                    */s/ Pamela A. Sloan*
                                                         Pamela A. Sloan

Firmwide:81679155.1 053045.1001

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

PROOF OF SERVICE      2.      Case No. C-06-4943 MHP