1  ARTHUR M. EIDELHOCH, Bar No. 168096
   LITTLER MENDELSON
2  A Professional Corporation
   650 California Street, 20th Floor
3  San Francisco, CA 94108
   Telephone: 415.433.1940
4  Facsimile:  415.399.8490

5  Attorneys for Defendants
   STAR RESTAURANT; GEORGE G. HOYTT,
6  an individual; HOYTT ENTERPRISES, INC., a
   California corporation; IBRAHIM MAHMOUD
7  HAMAMI, an individual dba STAR
   RESTAURANT
8

9  THOMAS E. FRANKOVICH, Bar No. 074414
   JENNIFER STENEBERG, Bar No. 202985
10 LAW OFFICES OF THOMAS E. FRANKOVICH
   A Professional Law Corporation
11 2806 Van Ness Avenue
   San Francisco, CA 94109
12 Telephone:  415.674.8600
13 Facsimile:   415.674.9900

14 Attorneys for Plaintiffs
   PATRICK CONNALLY and DISABILITY RIGHTS,
15 ENFORCEMENT, EDUCATION, SERVICES:
   HELPING YOU HELP OTHERS

16
17                UNITED STATES DISTRICT COURT

                  NORTHERN DISTRICT OF CALIFORNIA
18

| | |
|---|---|
| 19  PATRICK CONNALLY, an individual; and DISABILITY RIGHTS, ENFORCEMENT, EDUCATION, SERVICES:HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>         Plaintiffs,<br><br>     v.<br><br>STAR RESTAURANT; GEORGE G. HOYTT, an individual; HOYTT ENTERPRISES, INC., a California corporation; IBRAHIM MAHMOUD HAMAMI, an individual dba STAR RESTAURANT,<br><br>         Defendants. | Case No. C-06-4943 MHP<br><br>**SECOND STIPULATION AND ORDER TO CONTINUE DEADLINE TO FILE RESPONSIVE PLEADING AND TO CONDUCT JOINT INSPECTION OF PREMISES** |

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

SECOND STIPULATION AND ORDER TO CONTINUE
DEADLINE TO FILE RESPONSIVE PLEADING AND
TO CONDUCT JOINT INSPECTION OF PREMISES

Case No. C-06-4943 MHP

## STIPULATION

The parties are actively involved in settlement discussions. To facilitate these settlement discussions and to increase the likelihood of early settlement by minimizing attorneys' fees and costs during approximately the next thirty (30) days, the parties hereto agree, stipulate and request an Order as follows: (1) Defendants shall have an extension of time up to and including January 15, 2007 to file and serve a responsive pleading; and (2) the last day for the parties and counsel to conduct the Joint Inspection of Premises shall be continued to March 12, 2007.

The foregoing is in the best interests of the parties.

Dated: December 6, 2006

JENNIFER STENEBERG, ESQ.
LAW OFFICES OF THOMAS E. FRANKOVICH
*A Professional Law Corporation*
Attorneys for Plaintiffs
PATRICK CONNALLY, an individual; and DISABILITY RIGHTS, ENFORCEMENT, EDUCATION, SERVICES:HELPING YOU HELP OTHERS, a California public benefit corporation

Dated: December 6, 2006

ARTHUR M. EIDELHOCH, ESQ.
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendants
STAR RESTAURANT; GEORGE G. HOYTT, an individual; HOYTT ENTERPRISES, INC., a California corporation; IBRAHIM MAHMOUD HAMAMI, an individual dba STAR RESTAURANT

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

SECOND STIPULATION AND ORDER TO CONTINUE
DEADLINE TO FILE RESPONSIVE PLEADING AND
TO CONDUCT JOINT INSPECTION OF PREMISES

Case No. C-06-4943 MHP

## ORDER

Having considered the parties' Stipulation, and GOOD CAUSE appearing, this Court hereby ORDERS as follows:

The last day for Defendants to file and serve a responsive pleading shall be January 15, 2007.

The last day for the parties and counsel to conduct the Joint Inspection of Premises shall be continued to March 12, 2007.

Other deadlines set in the Court's Scheduling Order which are based on the date of the Joint Inspection of Premises shall be altered accordingly.

IT IS SO ORDERED.

Dated: __December 8, 2006_____   _____
MARILYN H. PATEL
U.S. DISTRICT JUDGE

*Judge Marilyn H. Patel*

Firmwide:81755137.1 053045.1001

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

SECOND STIPULATION AND ORDER TO CONTINUE
DEADLINE TO FILE RESPONSIVE PLEADING AND
TO CONDUCT JOINT INSPECTION OF PREMISES

Case No. C-06-4943 MHP

# PROOF OF SERVICE

1. **SECOND STIPULATION AND ORDER TO CONTINUE DEADLINE TO FILE RESPONSIVE PLEADING AND TO CONDUCT JOINT INSPECTION OF PREMISES**

I hereby certify that on December 6, 2006, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following:

Jennifer Steneberg, jsteneberg@disabilitieslaw.com

Date: December 6, 2006

                                                s/Deanna Skaggs
                                                Deanna Skaggs

Firmwide:81755137.1 053045.1001

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

PROOF OF SERVICE      1.      Case No. C-05-01777 MHP