1  ARTHUR M. EIDELHOCH, Bar No. 168096
   MICHELLE S. PARK, Bar No. 199224
2  LITTLER MENDELSON
   A Professional Corporation
3  650 California Street, 20th Floor
   San Francisco, CA  94108
4  Telephone:  415.433.1940
   Facsimile:  415.399.8490
5
   Attorneys for Defendants
6  STAR RESTAURANT; GEORGE G. HOYTT,
   HOYTT ENTERPRISES, INC., IBRAHIM
7  MAHMOUD HAMAMI, an individual dba STAR
   RESTAURANT
8
9  THOMAS E. FRANKOVICH, Bar No. 074414
   JENNIFER STENEBERG, Bar No. 202985
10 LAW OFFICES OF THOMAS E. FRANKOVICH
   A Professional Law Corporation
11 2806 Van Ness Avenue
   San Francisco, CA 94109
12 Telephone:   415.674.8600
   Facsimile:   415.674.9900
13
14 Attorneys for Plaintiffs
   PATRICK CONNALLY and DISABILITY RIGHTS,
15 ENFORCEMENT, EDUCATION, SERVICES:
   HELPING YOU HELP OTHERS
16
                    UNITED STATES DISTRICT COURT
17
                    NORTHERN DISTRICT OF CALIFORNIA
18

| | |
|---|---|
| 19  PATRICK CONNALLY, an individual; and DISABILITY RIGHTS, ENFORCEMENT, EDUCATION, SERVICES:HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>            Plaintiffs,<br><br>       v.<br><br>STAR RESTAURANT; GEORGE G. HOYTT, an individual; HOYTT ENTERPRISES, INC., a California corporation; IBRAHIM MAHMOUD HAMAMI, an individual dba STAR RESTAURANT,<br><br>            Defendants. | Case No.  C-06-4943 MHP<br><br>**STIPULATION AND ORDER TO CONTINUE DEADLINE TO FILE RESPONSIVE PLEADING** |

STIPULATION AND ORDER TO CONTINUE
DEADLINE TO FILE RESPONSIVE PLEADING

Case No. C-06-4943 MHP

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

## STIPULATION

The parties hereto agree, stipulate and request an Order as follows:

Defendant shall have an extension of time up to and including February 5, 2007 to file and serve a responsive pleading.

The foregoing is in the best interests of the parties.

Dated: January 12, 2007

*[signature]*

JENNIFER STENEBERG, ESQ.
LAW OFFICES OF THOMAS E. FRANKOVICH
*A Professional Law Corporation*
Attorneys for Plaintiffs
PATRICK CONNALLY, an individual; and DISABILITY RIGHTS, ENFORCEMENT, EDUCATION, SERVICES:HELPING YOU HELP OTHERS, a California public benefit corporation

Dated: January 11, 2007

*[signature]*

ARTHUR M. EIDELHOCH, ESQ.
MICHELLE S. PARK, ESQ.
LITTLER MENDELSON
*A Professional Corporation*
Attorneys for Defendants
STAR RESTAURANT; GEORGE G. HOYTT; HOYTT ENTERPRISES, INC., IBRAHIM MAHMOUD HAMAMI, an individual dba STAR RESTAURANT

STIPULATION AND ORDER TO CONTINUE
DEADLINE TO FILE RESPONSIVE PLEADING

Case No. C-06-4943 MHP

**ORDER**

Having considered the parties' Stipulation, and GOOD CAUSE appearing, this Court hereby ORDERS as follows:

The last day for Defendants to file and serve a responsive pleading shall be February 5, 2007.

IT IS SO ORDERED.

Dated: 1/16/07

MARILYN HALL PATEL
UNITED STATES DISTRICT COURT JUDGE

Firmwide:81903754.1 053045.1001

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATION AND ORDER TO CONTINUE
DEADLINE TO FILE RESPONSIVE PLEADING

Case No. C-06-4943 MHP