1 THOMAS E. FRANKOVICH (State Bar No. 074414)
JENNIFER S. STENEBERG (State Bar No. 202985)
2 THOMAS E. FRANKOVICH,
*A Professional Law Corporation*
3 2806 Van Ness Avenue
San Francisco, CA 94109
4 Telephone:    415/674-8600
Facsimile:     415/674-9900
5
Attorneys for Plaintiffs PATRICK CONNALLY
6 and DISABILITY RIGHTS ENFORCEMENT,
EDUCATION SERVICES
7

8
UNITED STATES DISTRICT COURT
9
NORTHERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| PATRICK CONNALLY, an individual; and ) <br> DISABILITY RIGHTS, ENFORCEMENT, ) <br> EDUCATION, SERVICES:HELPING YOU ) <br> HELP OTHERS, a California public benefit ) <br> corporation, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> STAR RESTAURANT; GERALD G. ) <br> HOYTT, an individual; HOYTT ) <br> ENTERPRISES, INC., a California ) <br> corporation; IBRAHIM MAHMOUD ) <br> HAMAMI, an individual dba STAR ) <br> RESTAURANT, ) <br> ) <br> Defendants. ) <br> _____) | **CASE NO. C06-4943 MHP** <br><br> **STIPULATION OF DISMISSAL AND** <br> ~~[PROPOSED]~~ **ORDER THEREON** |

21    The parties, by and through their respective counsel, stipulate to dismissal of this action

22 in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(1). Outside of the terms of the

23 Settlement Agreement and Full Release of All Claims ("Agreement") herein, each party is to

24 bear its own costs and attorneys' fees.

25    Therefore, IT IS HEREBY STIPULATED by and between parties to this action

26 through their designated counsel that the above-captioned action be and hereby is dismissed

27 with prejudice pursuant to Federal Rules of Civil Procedure section 41(a)(1).

28

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON                                    1

This stipulation may be executed in counterparts, all of which together shall constitute one original document.

Dated: April 11, 2007

THOMAS E. FRANKOVICH
*A PROFESSIONAL LAW CORPORATION*

By: _____/s/_____
     Jennifer L. Steneberg
Attorneys for Plaintiffs PATRICK CONNALLY and DISABILITY RIGHTS ENFORCEMENT, EDUCATION SERVICES

Dated: April 11, 2007

LITTLER MENDELSON

By: _____/s/_____
     Michelle Park
Attorneys for Defendants GERALD G. HOYTT, HOYTT ENTERPRISES, INC., and IBRAHIM MAHMOUD HAMAMI, dba STAR RESTAURANT

**ORDER**

IT IS SO ORDERED.

Dated: April 12, 2007

_____
Hon. Marilyn H. Patel
UNITED STATES DISTRICT JUDGE

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Marilyn H. Patel]*